ACCEPTED
12-14-00309-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
6/20/2016 10:50:08 AM
Pam Estes
CLERK

# JAMES W. HUGGLER, JR.

## ATTORNEY AT LAW

Board Certified in Criminal Law
Board Certified in Criminal Appellate Law

Texas Board of Legal Specialization

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

6/20/2016 10:50:08 AM

PAM ESTES
Clerk

June 20, 2016

Pam Estes
Clerk of The Court
Twelfth Court of Appeals
1517 West Front Street
Suite 354
Tyler, Texas 75702

      RE:   Jolly Neely v. State
           Appeal Number: 12-14-00309-CR
           Trial Number: 007-0479-14

Dear Mrs. Estes:

In accordance with Rule 48.4, I certify that I sent a copy of this Court's Judgment to Mr. Neely at his last known address. The attached copy of the certified return receipt and green card are attached. This judgment was sent using certified mail.

If you have any questions, please feel free to contact me at any time.

Sincerely,

James W. Huggler, Jr.

JWH:ag

Attachments:    Certified Mail Return Receipt
              Green Card

CC:       Michael West
           Smith County District Attorney's Office

           *Client*

First Place Building • 100 East Ferguson, Suite 805 • Tyler, Texas 75702
903-593-2400 • www.hugglerlaw.com • Fax 903-593-3830

# U.S. Postal Service™
# CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

**Sent To** Jolly Neely, TDCJ # 0196710l
**Street, Apt. No.; or PO Box No.** Byrd Unit, 21 FM 247
**City, State, ZIP+4** Huntsville, TX 77320

PS Form 3800, August 2006          See Reverse for Instructions

7013 2630 0000 4405 3743

---

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

JOLLY NEELY
TDCJ # 0196710l
BYRD UNIT
21 FM 247
HUNTSVILLE, TX 77320

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *J.D. Neely*    ☐ Agent  ☐ Addressee

B. Received by (*Printed Name*)    C. Date of Delivery
Jolly Dee Neely    6·14·16

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

**3. Service Type**
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

**4. Restricted Delivery? (*Extra Fee*)**   ☐ Yes

**2. Article Number**
*(Transfer from service label)*    7013 2630 0000 4405 3743

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540